**Aaron Lipton**
Law Offices of Aaron Lipton
7960 B Soquel Drive, no. 156
Aptos, CA 95003
Tel: 831-687-8711
aaron@lipton-legal.com

UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE

| | |
|---|---|
| In re:<br><br>KIMBERELY ANN SCHATZ<br><br>Debtor | Case No.: 21-51279<br><br>Chapter 13<br><br>**DECLARATION IN SUPPORT OF MOTION TO AVOID LIEN IMPAIRING EXEMPTION** |

I say and declare:

1.  I am the Debtor in the above-captioned matter.

2.  Attached as Exhibit A is a true and correct copy of my filed Schedules A/B and C. This schedule lists all assets I owned or possessed as of the filing of the present case, as well as their value at the time of the filing of the case. On that schedule I disclose my interest in my residence, 4939 Arundel Court, San Jose, California 95136 [hereinafter "my residence"] and value the property at $1,426,700.00.

3.  Pursuant to Schedule C, I claimed an exemption in the amount of $600,000 in my residence.

DECLARATION IN SUPPORT OF MOTION TO AVOID LIEN IMPAIRING EXEMPTION - 1

4. My residence is subject to a first deed of trust, held by HSBC Bank USA, N.A., as trustee, on behalf of the holders of the J.P. Morgan Alternative Loan Trust 2007-A1 Mortgage Pass-Through Certificates, in the amount of $954,320.32. A true and correct copy of the proof of claim of that creditor, 1-1, is attached as Exhibit B.

5. John S. Perkins, Esq., holds a lien against 4939 Arundel Court, San Jose, California pursuant to the a judgment entered in the Superior Court of California, county of Santa Clara, case no. 16CV293620, on August 6, 2018 in the original amount of $66,077.00. A true and correct copy of that judgment is attached as Exhibit C.

6. Based on a 10% judgment interest rate, I estimate the judgment lien to be in the amount of $87,040.61 as of the filing of this case.

7. The judgment lien of John S. Perkins, Esq., impairs my exemption in my residence as my exemption completely encompasses the net equity in the property:

| Property Value | 1,426,700.00 |
|---|---|
| First Deed of Trust | 954,320.32 |
| Net Equity | 472,379.68 |
| Debtor's Claimed Exemption | 600,000.00 |
| Equity available for liens | (127,620.32) |
| John S. Perkins, Esq. | 87,040.61 |
| | |

Date:  November 15, 2021                             /s/ Kimberly Ann Schatz

Kimberely Ann Schatz
Debtor

DECLARATION IN SUPPORT OF MOTION TO AVOID LIEN IMPAIRING EXEMPTION - 2