**FILED**

DEC 15 2021

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

KIMBERLY ANN SCHATZ

Debtor _____ /

Chapter 13
Case No. 21-51279 SLJ

OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR
HEARING; CERTIFICATE OF SERVICE
CLAIMANT: John S. Perkins
CLAIM NO:

Creditor John S. Perkins object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| HSBC Bank USA NA, as Trustee on behalf of the holders of the JP Morgan Alternative Loan Trust 2007 – AI Mortgage Pass-Through Certificates c/o Select Portfolio Servicing, Inc. – P.O. Box 65250, Salt Lake City, UT 84165-0250 | $984,320.32 | 10/21/21 |

The basis for the objection is that the claim:

\_\_\_    duplicates claim no. _____ filed on _____ by _____ .

\_\_\_    does not include a copy of the underlying judgment.

**X**    does not include a copy of the security agreement and evidence of perfection.

\_\_\_    fails to assert grounds for priority.

**X**    does not include a copy of the assignment(s) upon which it is based.

\_\_\_    appears to include interest or charges accrued after the filing of this case on _____ .

\_\_\_    is not timely filed.

**X**    Is based upon an unrecorded document dated 10/01/13 which is not evidence of new money lent to Debtor.
       HSBC Bank is no longer the Trustee.

As set forth in B.L.R. 9013-1(b) and (d), to the extent the basis for the objection relies upon factual assertions, such assertions must be supported by a declaration, and to the extent the basis for the objection relies upon legal assertions, such assertions must be supported by a memorandum of points and authorities. This Claimant's Declaration attached to his Motion to Convert this Case to a Chapter 7 is included by reference.

The Objecting Party will ask the Court to enter an Order providing that the claim is:

**X**    allowed as a secured claim in the amount of:     $612,000.00, reduced by loan payments made.

\_\_\_    allowed as an unsecured claim in the amount of:    $_____ .

\_\_\_    allowed as a priority claim in the amount of:      $_____ .

\_\_\_    disallowed in its entirety _____ .

**NOTICE IS HEREBY GIVEN,** pursuant to FRBP 3007, as modified by B.L.R. 3007-1(c) and 9014-1, that: (1) Any objection to the requested relief, or a request for hearing on the matter, must be filed and served upon the initiating party within 30 days of mailing the notice;

(2) Any objection or request for a hearing must be accompanied by any declarations or memoranda of law any requesting party wishes to present in support of its position;

(3) If there is no timely objection to the requested relief or a request for hearing, the court may enter an order granting the relief by default.

(4) In the event of a timely objection or request for hearing, the initiating party will give at least seven days written notice of the hearing to the objecting or requesting party, and to any trustee or committee appointed in the case.

Dated: 12/15/21                         _____

DEBTOR(S') ATTORNEY ADDRESS:
Aaron Lipton, Esq.
7960 B. Soquel Drive, # 156, Aptos, CA 95003

[Attorney for] Objecting Party
John S. Perkins, Esq. *Pro Se*
P.O. Box 20274, San Jose, CA 95160
Telephone: (408) 997-2316

CERTIFICATE OF SERVICE

I am not less than 18 years of age and John S. Perkins is a party to the within case. My business address is: P.O. Box 20274, San Jose, CA 95160. I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class United States Mail, postage pre-paid, at San Jose, California, on the date noted below and addressed to the Claimant above, and on those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing of this document  I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _Dec. 15 2021_ at _San Jose CA_, California.  _____

Rev. 4/2018

Kimberly Ann Schatz
Christopher Schatz
4939 Arundel Court
San Jose, CA 95136

Franchise Tax Board
Bankruptcy Section
P.O. Box 2952
Sacramento, CA 95812

Internal Revenue Service
P.O. Box 7349
Philadelphia, PA 19101

Aaron Lipton, Esq.
7930 Soquel Dr., # 156
Aptos, CA 95003

Daniel K. Fujimoto, Esq.
The Wolf Firm
1851 East 1st Street, Suite 103
Santa Ana, CA 92705
Daniel.fujimoto@wolffirm.com

Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165

UNITED STATES TRUSTEE
280 South First Stredet, Room 268
San Jose, CA 95113

Westlake Financial Services
Attn: Bankruptcy
P.O. Box 54807
Los Angeles, CA 90054

Chapter 13 Trustee
Devin Derham-Burk
P.O. Box 50013
San Jose, CA 95150-0013