JOHN S. PERKINS (State Bar No. 047058)
johnsperkins@sbcglobal.net
P. O. Box 20274
San Jose, CA 95160
Telephone: (408) 394-3875

Attorney for Plaintiff
JOHN S. PERKINS, CREDITOR *PRO SE*

*Original*

**FILED**
FEB 14 2022
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In Re:<br><br>Kimberly A. Schatz, aka Kimberly A. Brockington<br><br>Debtor, | ,Case # 21-51279, Ch.13<br><br>CREDITOR JOHN S. PERKINS' PRE-HEARING CONFERENCE STATEMENT |

### A. INTRODUCTION

In The Court's Order of 1/21/22 (Doc. # 53), the Court set a Status Conference on Creditor John S. Perkins' objections to the claim of HSBC Bank (Claim # 1-1) for 2/17/22/ In the same Order the Court ordered that no later than 2/10/22 the parties shall meet and confer regarding the claim objection. Further, in that Order the Court ordered that no later than 2/14/22 the parties shall file a brief Joint Pre-Hearing Statement listing the legal or factual issues that require legal determination.

Again, on 2/7/22, in its Order Denying John S. Perkins' request to brief his objections to the claim of HSBC Bank, the Court stated that the parties were only to file the Joint Pre-Hearing Statement prior to 2/17/22 (Doc. # 71).

The meet and confer session ordered by the Court did not take place. This

Creditor sent several emails and telephone messages, on his individual line, to counsel for HSBC Bank / SPS, reminding him of the Court's Order to meet and confer. Two telephone messages were left on 2/10/22 in order to agree on a time to confer by telephone. No reply was received. As a result of the foregoing, this Creditor has prepared his own Pre-Hearing Conference Statement as follows:

### B. DISCOVERY

Discover is necessary to determine several of the factual issues, including the amount of credit due Debtor for payments made on the loan and the components and bona fides of the amounts set forth in the 10/1/13 Loan Modificiation Agreement between the Debtor and HSBC Bank, SPS and the Loan Trust. A Notice of Deposition and Subpoena requesting documents was recently served on HSBC's agent SPS, setting the deposition for 2/22/22. Nothing has been heard from their counsel about the deposition as of this date.

### C. FACTUAL ISSUES OF CREDITOR JOHN S. PERKINS

**1. Whether Creditor's Trustee HSBC Bank Is a Correct Party and Representative of the Lender**

    a) SPS represents HSBC Bank. However, the Trustee of the loan trust (the lender) is no longer HSBC Bank but U.S. Bank, who has not appeared.

**2. The Claim Is Not Supported By The Documents Attached Thereto**

    a) The loan was originally made in November of 2006. Within one year it was sold to a Trust, represented by HSBC Bank. That loan was modified in writing by an unrecorded Agreement dated 10/1/13. The principal figure has no support documents showing pere-modfication payments, and the principal stated in the modification agreement is inflated therein.

    b) Debtor claims that HSBC Bank received more in payments after the loan modification than she is being credited for.

Dated: February 14, 2022

_____
JOHN S. PERKINS
Attorney for Creditor John S. Perkins, *Pro Se*

## PROOF OF SERVICE

I am employed in the County of San Jose, State of California. I am over the age of 18. My business address is P.O. Box 20274, San Jose, CA 95160. On February 14, 2022, I served the document described as follows:

**CREDITOR JOHN S. PERKINS' PRE-HEARING CONFERENCE STATEMENT**

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

DEBTOR:

Aaron Lipton, Esq.
7900 B Soquel Dr., # 156
Aptos, CA 95003

U.S. TRUSTEE

Office of the U.S. Trustee – San Jose
U.S. Federal Building
280 South First Street, Room 268
San Jose, CA 95113-3004

CHAPTER 13 TRUSTEE:

Devin Derham-Burk
P.O. Box 50013
San Jose, CA 95150-0013

Creditor HSBC Bank
c/0 Daniel K. Fujimoto, Esq.
The Wolf Firm
1851 East 1st Street, Suite 103
Santa Ana, CA 92705
daniel.fujimoto@wolffirm.com

[X] (BY MAIL) I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service and the fact that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business, on this date, the above-referenced correspondence was placed for deposit at San Jose, California and placed for collection and mailing following ordinary business practices. (AS NOTED)

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on February 14, 2022 at San Jose, California.

JOHN S. PERKINS
Attorney For Creditor John S. Perkins, *Pro Se*

# SERVICE MATRIX

Kimberly Ann Schatz
Christopher Schatz
4939 Arundel Court
San Jose, CA 95136

Franchise Tax Board
Bankruptcy Section
P.O. Box 2952
Sacramento, CA 95812

Internal Revenue Service
P.O. Box 7349
Philadelphia, PA 19101

Aaron Lipton, Esq
7900 B Soquel Dr., # 156
Aptos, CA 95003

Daniel K. Fujimoto, Esq.
The Wolf Firm
1851 East 1st Street, Suite 103
Santa Ana, CA 92705
daniel.fujimoto@wolffirm.com

Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165

UNITED STATES TRUSTEE
280 South First Street, Room 268
San Jose, CA 95113

Westlake Financial Services
Attn: Bankruptcy
P.O. Box 54807
Los Angeles, CA 90054
Chapter 13 Trustee
Devin Derham-Burk